# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO VALADEZ, | CASE NO. 1:10-cv-00398-SKO PC |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | |
| J.A. YATES, et al., | |
| Defendants. | |

Plaintiff Francisco Valadez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to jurisdiction by U.S. Magistrate Judge. (Doc. #5.)

On November 12, 2010, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and found that Plaintiff's complaint failed to state a claim upon which relief can be granted under Section 1983. (Doc. #9.) Plaintiff was informed of the deficiencies in his claims and was directed to file an amended complaint within 30 days of the date of service of the screening order. Plaintiff has not filed an amended complaint.

Because Plaintiff has not filed an amended complaint, the Court will dismiss this action with prejudice for failure to state a claim upon which relief can be granted. See Ferdik v. Bonzelet, 963 F.2d 1258, 1261 (9th Cir. 1992)(dismissal with prejudice upheld where court had instructed plaintiff regarding deficiencies in prior order dismissing claim with leave to amend).

///

///

1

1 | Accordingly, it is HEREBY ORDERED that this action is DISMISSED, with prejudice, for failure to state a claim upon which relief can be granted.

IT IS SO ORDERED.

**Dated:** **January 10, 2011**           /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE